```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
H. DAYA INTERNATIONAL CO., LTD.    :
                                   :
                    Plaintiff,     :    16 Civ. 8668 (VM)
                                   :
       - against -                 :    ORDER
                                   :
DO DENIM, LLC, et al.              :
                                   :
                    Defendants.    :
-----------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

On April 5, 2021, Plaintiff's counsel filed a letter with the Court informing it of clerical errors in docketing various filings under seal. (See Dkt. No. 171.) The Court subsequently issued an order striking these documents from the record and instructing counsel to refile the documents. (See Dkt. No. 172.)

The prior order (Dkt. No. 172) is vacated. Counsel does not need to refile the documents. The Clerk of Court is directed to unseal the documents, lift the current restrictions on the documents, and restrict viewing access for these documents (Dkt. Nos. 166, 169, 170) to the parties only.

**SO ORDERED.**

Dated:    New York, New York
          9 April 2021

_____
Victor Marrero
U.S.D.J.

1