USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: June 21, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
H. DAYA INTERNATIONAL CO., LTD.    :
                                    :
                  Plaintiff,        :    16 Civ. 8668 (VM)
                                    :
     - against -                    :    **ORDER**
                                    :
DO DENIM, LLC, et al.               :
                                    :
                  Defendants.       :
-----------------------------------X

**VICTOR MARRERO, United States District Judge.**

Consistent with the Court's Individual Practices, the parties in the above-captioned matter filed letter motions requesting authorization to file three exhibits under seal. (See "Letter Motions," Dkt. Nos. 189, 196.) In particular, the parties seek to seal Exhibits E and I attached to the declaration of Salomon Murciano (Dkt. Nos. 194-5, 194-9) and Exhibit L attached to the declaration of Galina Sosonko (Dkt. No. 188-13). Materials may remain under seal "if the sealing order is narrowly tailored to achieve that aim." Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 124 (2d Cir. 2006).

Having reviewed the sealed exhibits, the Court will GRANT the request to seal Exhibit I (Dkt. No. 194-9). However, the Court is not persuaded that wholesale sealing of Exhibits L (Dkt. No. 188-13) and E (Dkt. No. 194-5) is necessary or that these documents could not be redacted to remove any

1

identifying or sensitive personal information. Accordingly, it is hereby

**ORDERED** that the Letter Motions (Dkt. Nos. 189, 196) are GRANTED in part. While Exhibit I of the declaration of Salomon Murciano (Dkt. No. 194-9) may be fully sealed, the defendants must file a redacted version of Exhibit E of the Murciano Declaration (Dkt. No. 194-5) and Exhibit L of the declaration of Galina Sosonko (Dkt. No. 189), however.

**SO ORDERED.**

Dated:   New York, New York
        21 June 2021

_____
Victor Marrero
U.S.D.J.