UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
H. DAYA INTERNATIONAL CO., LTD.    :
                    Plaintiff,   :   16 Civ. 8668 (VM)
    - against -                   :   **ORDER**
DO DENIM, LLC, et al.              :
                    Defendants.  :
-----------------------------------X

**VICTOR MARRERO, United States District Judge.**

Consistent with the Court's Individual Practices, the defendants in the above-captioned matter filed a letter motion requesting authorization to file one exhibit under seal. (See "Letter Motion," Dkt. No. 213.) In particular, the defendants seek to seal Exhibit A attached to the declaration of Salomon Murciano in Opposition to Plaintiff's Motion for Summary Judgment, which contains material designated Confidential under the governing protective order. (See Dkt. No. 105.) Materials may remain under seal "if the sealing order is narrowly tailored to achieve that aim." Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 124 (2d Cir. 2006). Accordingly, it is hereby

**ORDERED** that the Letter Motion (Dkt. No. 213) is GRANTED.

**SO ORDERED.**

Dated:    New York, New York
           6 July 2021

Victor Marrero
U.S.D.J.