**Dennis Grossman**
**Attorney At Law**
**10 Bond Street (#600)**
**Great Neck, New York 11021**
**(516) 466-6690**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2022

April 20, 2022

Honorable Victor Marrero
United States District Court
500 Pearl Street
New York, New York 10007

Re:  H. Daya International Co., Ltd. v. Do Denim LLC et al. (case no. 16-CV-8668)

Dear Judge Marrero:

     My office represents plaintiff in this action along with my co-counsel Barry Skidelsky.

     Pursuant to Your Honor's March 31, 2022 Decision and Order on the parties' cross-motions for summary judgment (ECF 239 at p.44), I write for two purposes:  (1) to inform the Court that the parties have not elected to proceed to trial before a U.S. Magistrate Judge and thus will be proceeding to trial before Your Honor and a jury, and (2) on behalf of plaintiff, with all defendants' consent, to request a 2-week extension of time to May 4, 2022 to address the issue of trial schedule.

     Plaintiff requests this 2-week extension of time because plaintiff and its principal Mr. Mukesh Dayaram are located 12,000 miles away in Hong Kong, and Mr. Dayaram who has expressed the desire to testify at trial, needs to coordinate his trans-Pacific travel plans with other matters.  There has been no prior request for this extension.  All defendants have consented to the requested extension.

     For the foregoing reasons, plaintiff respectfully requests a 2-week extension of time, to May 4, 2022, to address the issue of trial schedule pursuant to Your Honor's March 31, 2022 Decision and Order, and reports on behalf of all parties that they will be proceeding to trial before Your Honor and a jury.

                                       Respectfully,

                                         *Dennis Grossman*

cc:  All counsel (by ECF)                    Dennis Grossman

---

The time for the parties to propose a trial date is extended to May 4, 2022.

**SO ORDERED.**

April 21, 2022

_____
Victor Marrero
U.S.D.J.