**Dennis Grossman**
**Attorney At Law**
**10 Bond Street (#600)**
**Great Neck, New York 11021**
**(516) 466-6690**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/5/2022
```

May 4, 2022

Honorable Victor Marrero
United States District Court
500 Pearl Street
New York, New York 10007

Re:  H. Daya International Co., Ltd. v. Do Denim LLC et al. (case no. 16-CV-8668)

Dear Judge Marrero:

    My office represents plaintiff in this action along with my co-counsel Barry Skidelsky.

    With the consent of all defendants, plaintiff respectfully seeks a short further extension of time – from today to Monday May 9, 2022 – for the parties to propose a trial date.  Your Honor ordered the parties to propose a trial date in Your Honor's March 31, 2022 Decision and Order on the parties' cross-motions for summary judgment (ECF 239 at p.44) and extended to today the deadline for the parties to do so (ECF 242).

    The short additional period is required as counsel are in the process of coordinating available trial dates among their offices, their clients, and their available witnesses – a process which was delayed by the recent unavailability of plaintiff's principal Mr. Mukesh Dayaram in Hong Kong by reason of an unexpected death in his family which required his long-distance funeral-related travel away from Hong Kong and his quarantine upon return.  All parties have consented to this request for this short further extension of time.

    For the foregoing reasons, plaintiff respectfully requests a short further extension of time to Monday May 9, 2022 for the parties to propose a trial date.

cc:  All

---

The deadline to provide the court with a proposed trial date is extended to May 9, 2022. The Court further advises that this is the second time the parties have requested an extension of this deadline on the date of the deadline itself. Section I(F) of the Court's Individual Rules state that requests for extensions should be submitted <u>two</u> business days prior to the scheduled deadline. The Court will consider future requests that are submitted promptly.

**SO ORDERED.**

May 5, 2022

_____
Victor Marrero
U.S.D.J.