UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/2022
```

H. DAYA INTERNATIONAL, CO., LTD.,

           Plaintiff,

- against -

DO DENIM LLC, REWARD JEAN LLC, R. SISKIND & COMPANY, INC., SALOMON MURCIANO, VINTAGE APPAREL GROUP LLC, RICHARD SISKIND, and ONLY BRANDS, INC.,

           Defendants.

**16 Civ. 8668 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    The parties submitted a joint letter setting forth a proposed schedule for trial in August 2022 or sometime thereafter. (Dkt. No. 246.) The parties set forth various scheduling conflicts between them, and that they are only all available from November 3-14, 2022. (Id.) The parties' proposed schedule overlaps both Election Day and Veteran's Day, when the Court will be closed. The parties are directed to submit a new schedule for trial between January to April 2023. The parties shall submit their proposed schedule by May 27, 2022. The parties' proposed schedule should begin on a Monday and include time necessary for jury selection.

**SO ORDERED.**

Dated:    May 10, 2022
             New York, New York

                                                  Victor Marrero
                                                    U.S.D.J.