UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/31/22
```

H. DAYA INTERNATIONAL, CO., LTD.,

        Plaintiff,

- against -

DO DENIM LLC, REWARD JEAN LLC, R. SISKIND & COMPANY, INC., SALOMON MURCIANO, VINTAGE APPAREL GROUP LLC, RICHARD SISKIND, and ONLY BRANDS, INC.,

        Defendants.

**16 Civ. 8668 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court schedules a five-day jury trial commencing on February 27, 2023. The parties are directed to file pretrial submissions in accordance with the trial practices set forth in the Court's Individual Practices.

**SO ORDERED.**

Dated:    May 31, 2022
           New York, New York

_____
Victor Marrero
U.S.D.J.

1