```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

H. DAYA INTERNATIONAL CO., LTD.,

                Plaintiff,

- against -

DO DENIM, LLC, REWARD JEAN, LLC, R. SISKIND & COMPANY, INC., SALOMON MURCIANO, VINTAGE APPAREL GROUP, LLC, RICHARD SISKIND, ONLY BRAND, INC., ABC COMPANIES 1-100 (fictitious entities), and JOHN DOES 1-100 (fictitious entities),

                Defendant.

**16 Civ. 8668 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court hereby adopts the briefing schedule on the Siskind Defendants' Motion in Limine. (See Dkt. No. 250.) Opposition briefs, if any, shall be filed on or before December 29, 2022, and Reply briefs, if any, shall be filed on or before January 5, 2023.

**SO ORDERED.**

Dated:    21 December 2022
            New York, New York

                                    _____
                                         Victor Marrero
                                            U.S.D.J.