Request GRANTED. The parties shall file pretrial documents by Feb. 10, 2023 or otherwise inform the Court regarding need for trial.

SO ORDERED.
02/07/2023
DATE
VICTOR MARRERO, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/07/2023

**Dennis Grossman**
**Attorney At Law**
**10 Bond Street (#600)**
**Great Neck, New York 11021**
**(516) 466-6690**

February 6, 2023

Honorable Victor Marrero
United States District Court
500 Pearl Street
New York, New York 10007

Re:   H. Daya International Co., Ltd. v. Do Denim LLC et al. (case no. 16-CV-8668-VM)

Dear Judge Marrero:

    My office and Barry Skidelsky, Esq., represent plaintiff H.Daya International Co, Ltd., in this action. I submit this joint motion on behalf of all parties for a short 4-day extension of today's deadline to Fri. Feb. 10, 2023 to file the parties' joint pretrial documents. Your Honor previously extended this deadline. The trial is scheduled to begin Feb. 27, 2023.

    The reason for this present joint request – and the reason for this filing today on the deadline date itself despite Your Honor's 2-day-advance requirement – is that, just yesterday Sunday Feb. 5, 2023, plaintiff resolved its claims with one set of defendants under a prospective written agreement without prejudice to plaintiff's claims against the second set of defendants with whom plaintiff is in discussion. Within the next 1-2 days, the remaining parties will know whether they have resolved matters or will proceed to trial in which event the revised (and abbreviated) pretrial documents will be filed by the requested extension date Friday Feb. 10, 2023.

    The remaining parties do not wish to lose the Feb. 27 trial date which was set last summer and for which the parties and witnesses are available. It is the imminence of trial which has induced the prospective resolution and which will continue to do so during the next couple days. By Friday Feb. 10, 2023, the remaining parties will be able to file either final documents or a revised joint pretrial statement.

    For these reasons, with the hope of resolving all matters by this Friday, the parties jointly and respectfully request that this Court grant this motion, extend today's deadline to Friday Feb. 10, 2023 for the filing of the joint pretrial documents, and preserve the Feb. 27, 2023 trial date pending the further filings by the parties this Friday Feb. 10, 2023.

                                            Respectfully,

                                            *DennisGrossman*

                                            Dennis Grossman

cc:   All counsel (by ECF)